

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA: | : | **INDICTMENT** |
| | : | |
| **v.** | : | **UNDER SEAL** |
| | : | |
| **CARLOS BROWN a/k/a "LO,"** | : | **CRIMINAL NO. 5:20-CR- 20** |
| **RODERICK CHESTER a/k/a "C-ROD,"** | : | |
| **CARTNEY PITTS a/k/a "BLUE,"** | : | **VIOLATIONS:** |
| **ROBERT LEE WHISBY, JR. a/k/a "LIL** | : | 21 U.S.C. § 846 |
| **PUMPKIN,"** | : | 21 U.S.C. § 841(a)(1) |
| **KEVON AMICA,** | : | 21 U.S.C. § 841(b)(1)(A)(viii) |
| **JOSHUA BARHAM a/k/a "GAMBINO,"** | : | 21 U.S.C. § 841(b)(1)(B)(viii) |
| **SHAUNA BUSH a/k/a "BRITTANY,"** | : | 21 U.S.C. § 841(b)(1)(C) |
| **MELVIN CASON,** | : | 18 U.S.C. § 922(g)(1) |
| **MORLEY CULVER,** | : | 18 U.S.C. § 924(a)(2) |
| **STEPHANIE DAVIS,** | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| **TROY FAULKS,** | : | 18 U.S.C. § 2 |
| **TAMARA FRYER,** | : | 18 U.S.C. § 924(d)(1) |
| **ALBRUCE GREEN, a/k/a "B,"** | : | 21 U.S.C. § 853 |
| **LORI HARRELL,** | : | 28 U.S.C. § 2461(c) |
| **MILTON HILL,** | : | |
| **RAY KENDRICK a/k/a "UNK,"** | : | |
| **RODNEY MORRIS, SR.,** | : | |
| **THEON ROBINSON,** | : | |
| **KEYUNDRE STAFFORD, a/k/a "DRE," and** | : | |
| **KYRA WILLIAMS, a/k/a "K-BOO"** | : | |
| _____ | : | |

**THE GRAND JURY CHARGES:**

## <u>COUNT ONE</u>
### (Conspiracy to Possess with Intent to Distribute Methamphetamine)

That from on or about June 1, 2019, and continuing to on or about December 31, 2019, in

the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this

Court,

**CARLOS BROWN a/k/a "LO,"**
**RODERICK CHESTER a/k/a "C-ROD,"**
**CARTNEY PITTS a/k/a "BLUE,"**
**ROBERT LEE WHISBY, JR. a/k/a "LIL PUMPKIN,"**
**KEVON AMICA,**
**JOSHUA BARHAM a/k/a "GAMBINO,"**
**SHAUNA BUSH a/k/a "BRITTANY,"**
**MELVIN CASON,**
**MORLEY CULVER,**
**STEPHANIE DAVIS,**
**TROY FAULKS,**
**TAMARA FRYER,**
**ALBRUCE GREEN, a/k/a "B,"**
**LORI HARRELL,**
**MILTON HILL,**
**RAY KENDRICK a/k/a "UNK,"**
**RODNEY MORRIS, SR.,**
**THEON ROBINSON,**
**KEYUNDRE STAFFORD, a/k/a "DRE," and**
**KYRA WILLIAMS, a/k/a "K-BOO"**

did knowingly and intentionally combine, conspire, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to possess with the intent to distribute more than fifty (50) grams of methamphetamine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (Distribution of Methamphetamine)

That on or about July 26, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**CARLOS BROWN a/k/a "LO,"**

did knowingly and intentionally distribute more than five (5) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE
**(Distribution of Methamphetamine)**

That on or about August 1, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### CARLOS BROWN a/k/a "LO,"

did knowingly and intentionally distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FOUR
**(Distribution of Methamphetamine)**

That on or about August 8, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### CARLOS BROWN a/k/a "LO,"

did knowingly and intentionally distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FIVE
**(Distribution of Methamphetamine)**

That on or about August 15, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### CARLOS BROWN a/k/a "LO," and
### RODERICK CHESTER a/k/a "C-ROD,"

aided and abetted by each other and by others, did knowingly and intentionally distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT SIX
### (Distribution of Methamphetamine)

That on or about August 21, 2019, in the Macon Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of this Court,

**SHAUNA BUSH a/k/a "BRITTANY,"**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance;

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).


## COUNT SEVEN
### (Distribution of Methamphetamine)

That on or about August 22, 2019, in the Macon Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of this Court,

**CARLOS BROWN a/k/a "LO," and**
**RODERICK CHESTER a/k/a "C-ROD,"**

aided and abetted by each other and by others, did knowingly and intentionally distribute more

than fifty (50) grams of methamphetamine, a Schedule II controlled substance; all in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States

Code, Section 2.


## COUNT EIGHT
### (Distribution of Methamphetamine)

That on or about August 27, 2019, in the Macon Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of this Court,

**SHAUNA BUSH a/k/a "BRITTANY,"**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance;

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE
### (Distribution of Methamphetamine)

That on or about August 29, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**CARLOS BROWN a/k/a "LO," and
RODERICK CHESTER a/k/a "C-ROD,"**

aided and abetted by each other and by others, did knowingly and intentionally distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT TEN
### (Distribution of Methamphetamine)

That on or about September 4, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**SHAUNA BUSH a/k/a "BRITTANY,"**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN
### (Distribution of Methamphetamine)

That on or about September 10, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**SHAUNA BUSH a/k/a "BRITTANY,"**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE
### (Distribution of Methamphetamine)

That on or about September 12, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**CARLOS BROWN a/k/a "LO," and**

did knowingly and intentionally distribute more than fifty (50) grams of methamphetamine, a

Schedule II controlled substance; all in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A)(viii).


## COUNT THIRTEEN
### (Distribution of Methamphetamine)

That on or about September 27, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**CARLOS BROWN a/k/a "LO,"**
**CARTNEY PITTS a/k/a "BLUE,"**

aided and abetted by each other and by others, did knowingly and intentionally distribute more

than fifty (50) grams of methamphetamine, a Schedule II controlled substance; all in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States

Code, Section 2.


## COUNT FOURTEEN
### (Possession with Intent to Distribute Methamphetamine)

That on or about October 16, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**MELVIN CASON,**

did knowingly and intentionally possess with intent to distribute more than five (5) grams of

methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FIFTEEN
### (Possession with Intent to Distribute Methamphetamine)

That on or about October 23, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**KEYUNDRE STAFFORD, a/k/a "DRE,"**

did knowingly and intentionally possess with intent to distribute more than five (5) grams of

methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SIXTEEN
### (Possession of a Firearm by a Convicted Felon)

That on or about October 23, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**KEYUNDRE STAFFORD, a/k/a "DRE,"**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding

one year did knowingly possess a firearm, that is, a Springfield, model XD9, 9mm pistol bearing

serial number GM893630, said firearm having been shipped and transported in interstate and

foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2).

## COUNT SEVENTEEN
### (Possession of a Firearm in Furtherance of a Drug Trafficking)

That on or about October 23, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**KEYUNDRE STAFFORD, a/k/a "DRE,"**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is, the offense set forth in Count Fifteen of this

Indictment, said firearm being a Springfield, model XD9, 9mm pistol bearing serial number GM893630; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT EIGHTEEN
### (Possession of a Firearm by a Convicted Felon)
That on or about November 11, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### RODERICK CHESTER a/k/a "C-ROD,"

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm, that is, a Walther, model CCP, 9mm pistol bearing serial number WK043447, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT NINETEEN
### (Possession with Intent to Distribute Methamphetamine)
That on or about November 19, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### JOSHUA BARHAM a/k/a "GAMBINO,"

did knowingly and intentionally possess with intent to distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWENTY
### (Possession of a Firearm by a Convicted Felon)

That on or about November 19, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

### JOSHUA BARHAM a/k/a "GAMBINO,"

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding

one year did knowingly possess a firearm, that is, a Norinco, SKS, .762 caliber rifle, serial number

18026534N, said firearm having been shipped and transported in interstate and foreign commerce;

all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWENTY-ONE
### (Possession of a Firearm in Furtherance of a Drug Trafficking)

That on or about November 19, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

### JOSHUA BARHAM a/k/a "GAMBINO,"

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is, the offense set forth in Count Nineteen of this

Indictment, said firearm being a Norinco, SKS, .762 caliber rifle, serial number 18026534N; all in

violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWENTY-TWO
### (Possession with Intent to Distribute Methamphetamine)

That on or about November 26, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

### ALBRUCE GREEN, a/k/a "B,"

aided and abetted by,

### CARTNEY PITTS, a/k/a "BLUE," and
### ROBERT LEE WHISBY, JR. a/k/a "LIL PUMPKIN,"

did knowingly and intentionally possess with intent to distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### COUNT TWENTY-THREE
**(Possession with Intent to Distribute Methamphetamine)**

That on or about December 11, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**CARLOS BROWN a/k/a "LO,"**

did knowingly and intentionally possess with intent to distribute more than five (5) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT TWENTY-FOUR
**(Possession with Intent to Distribute Methamphetamine)**

That on or about December 11, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**CARTNEY PITTS a/k/a/ "BLUE,"**
**ROBERT LEE WHISBY, JR. a/k/a "LIL PUMPKIN," and**
**MILTON HILL**

aided and abetted by each other and by others, did knowingly and intentionally possess with intent to distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT TWENTY-FIVE
### (Possession of a Firearm in Furtherance of a Drug Trafficking)

That on or about December 11, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**CARTNEY PITTS a/k/a/ "BLUE," and
MILTON HILL,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is, the offense set forth in Count Twenty-Four of

this Indictment, said firearm being a Springfield, XDS, .45 caliber pistol, serial number XS594269;

all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWENTY-SIX
### (Possession of a Firearm by Convicted Felon)

That on or about November 19, 2019, in the Macon Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**CARTNEY PITTS a/k/a "BLUE,"**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding

one year did knowingly possess a firearm, that is, a Springfield, XDS, .45 caliber pistol, serial

number XS594269, said firearm having been shipped and transported in interstate and foreign

commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWENTY-SEVEN
### (Possession with Intent to Distribute Methamphetamine)

That on or about December 11, 2019, at a location different from that alleged in Count

Twenty-Four of this Indictment, in the Macon Division of the Middle District of Georgia, and

elsewhere within the jurisdiction of this Court,

**CARTNEY PITTS a/k/a/ "BLUE,"**

did knowingly and intentionally possess with intent to distribute more than five (5) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT TWENTY-EIGHT
**(Possession with Intent to Distribute Methamphetamine)**
That on or about December 11, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RAY KENDRICK a/k/a "UNK,"**

did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

### COUNT TWENTY-NINE
**(Possession with Intent to Distribute Methamphetamine)**
That on or about December 27, 2019, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RODNEY MORRIS, SR.**

did knowingly and intentionally possess with intent to distribute more than five (5) grams of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### FORFEITURE NOTICE
**(21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture)**

1.    The allegations contained in Counts One through Twenty-Nine of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States

Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), and/or Title 21, United States Code, Section 853.

2.    Upon conviction of the offense(s) in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(viii), 841(b)(1)(C); and/or Title 18, United States Code, Sections 922(g)(1), 924(a)(2), 924(c)(1)(A)(i) set forth in Counts One through Twenty-Nine of this Indictment, the defendant(s),

**CARLOS BROWN a/k/a "LO,"**
**RODERICK CHESTER a/k/a "C-ROD,"**
**CARTNEY PITTS a/k/a "BLUE,"**
**ROBERT LEE WHISBY, JR. a/k/a "LIL PUMPKIN,"**
**KEVON AMICA,**
**JOSHUA BARHAM a/k/a "GAMBINO,"**
**SHAUNA BUSH a/k/a "BRITTANY,"**
**MELVIN CASON,**
**MORLEY CULVER,**
**STEPHANIE DAVIS,**
**TROY FAULKS,**
**TAMARA FRYER,**
**ALBRUCE GREEN, a/k/a "B,"**
**LORI HARRELL,**
**MILTON HILL,**
**RAY KENDRICK a/k/a "UNK,"**
**RODNEY MORRIS, SR.,**
**THEON ROBINSON,**
**KEYUNDRE STAFFORD, a/k/a "DRE," and**
**KYRA WILLIAMS, a/k/a "K-BOO"**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s); and/or any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s), pursuant to Title 21, United States Code, Section 853.

3.      If any of the property subject to forfeiture, as a result of any act or omission of the

defendant:

   (a)      cannot be located upon exercise of due diligence;

   (b)      has been transferred, sold to or deposited with, a third person;

   (c)      has been placed beyond the jurisdiction of the court;

   (d)      has been substantially diminished in value; or

   (e)      has been commingled with other property which cannot be subdivided

            without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

924(d)(1), through Title 28, United States Code, Section 2461(c).

      All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

                          A TRUE BILL.


                              _/s/ Foreperson of the Grand Jury_
                              FOREPERSON OF THE GRAND JURY

CHARLES E. PEELER
UNITED STATES ATTORNEY
Presented by:



ELIZABETH S. HOWARD
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __18__ day of __June__, AD 2020.


Deputy Clerk